*Motion to File Electronically IN:*

United States District Court
District of Arizona
Tucson.

```
         FILED       ____ LODGED
✓ RECEIVED           ____ COPY

         JUL 15 2020

    CLERK U.S. DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Emergency Motion For Relief
and
Petition-Complaint Wrongful Eviction during Pandemic and Harassment

Kathryn Elizabeth Bakker,
Plaintiff,

                                                                           Complaint A.

    V.

The Cove Apartments
d/b/a The Cove RockStar Capital and
Nationwide Evictions,
Defendants.

Personal Injury-Wrongful/Illegal Eviction

United States District Court
District of Arizona
Tucson.

Kathryn Elizabeth Bakker,
Plaintiff,

                                                                             Complaint B.

    V.

Dr. Lori Grant, Lake Mary, Florida
(Surgical Podiatrist),
Defendant.

Medical Malpractice

*Motion on Reverse Side →*

Please Kathryn Backer request of the Honorable District Court to permit the Plaintiff - myself - Kathryn Backer to file using the (ECF) and or Pacer. At this time having the Dereensafe situation in Texas, I am without access to printing but can file electronically. My only form of contact is my email address and my cell phone number. I do not have permanent residence/a dwelling or address. I have submitted the long form (AO239) Application to proceed In Forma Pauperis in these civil actions. I have a telephone conference for 7-23-2020 with the Step up to Justice pro bono attorney program. I seek relief and remedy in each action of $75,000.00 or more and though not cited here-in I am under the belief that there is remedy & relief as a matter of law for these claims and complaints.

Kathryn Backer
Kathrynb3g@gmail.com
361-502-1072