**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kathryn Elizabeth Bakker,

Plaintiff,

v.

Cove Apartments,

Defendant.

No. CV-20-00299-TUC-CKJ

**ORDER**

On February 4, 2021, the Court granted Plaintiff's third Motion for Enlargement of Time and gave her up to and including February 15, 2021, to file a second amended complaint. (Doc. 24) In its Order, the Court admonished Plaintiff that a failure to submit a timely second amended complaint could result in dismissal of her case under Federal Rule of Civil Procedure 41(b). *Id*. The Court notes that a properly pleaded complaint has been pending since July 2020, and that Plaintiff's second amended complaint is thirty-eight days overdue. As such, this case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS ORDERED:**

1. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.
2. The Clerk of Court is instructed to CLOSE this case.

Dated this 25th day of March, 2021.

Honorable Cindy K. Jorgenson
United States District Judge