**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathryn Elizabeth Bakker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cove Apartments, et al.,<br><br>　　　　Defendants. | No. CV-20-00299-TUC-CKJ<br><br>**ORDER** |

On December 19, 2022, the Plaintiff filed a Complaint (Doc. 27) in this case, which was dismissed without prejudice and closed by this Court on March 26, 2021. The case was terminated for Plaintiff's failure to prosecute because after being given several extensions of time to file an amendment to her Complaint, she failed to do so. *See* (Order (Doc. 25)). The Court is not certain whether the Complaint filed on December 19, 2022, is an attempt to file a Second Amended Complaint in this case or is a new Complaint. Either way, the document filed on December 19, 2022, is ineffective. This case is, and shall remain, closed. The dismissal was without prejudice; therefore, the Plaintiff may file the Complaint and open a new case. This directive is not intended to suggest whether there are or are not timeliness issues under the relevant statute of limitations for bringing an action.

**Accordingly,**

**IT IS ORDERED** that the Complaint (Doc. 27) shall be STRICKEN AS MOOT.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall transmit this Order

and a copy of the Court's Order (Dc. 25) to the Plaintiff via the email on record and the email address included in the Complaint (Doc. 27), which differs from the email of record.

Dated this 22nd day of December, 2022.

*Cindy K. Jorgenson*
Honorable Cindy K. Jorgenson
United States District Judge